# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| John M. Julian,<br>aka Quality Carpentry, | Chapter        13 |
| **Debtor 1** | Case No.      5:17–bk–04003–JJT |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: August 8, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk

ordsmiss (05/18)